**JUDGE KARAS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIRON LYONS
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

CITY OF POUGHKEEPSIE, POLICE OFFICER MICHAEL
BARBAGALLO, POLICE OFFICER EDWIN ACKEN, and
UNKNOWN POLICE OFFICERS 1-5.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**08 CIV. 4743**

___ Civ. _____ (__)(__)

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

[U.S. DISTRICT COURT stamp: MAY 21 2008 S.D. OF N.Y. W.P.]

I, __Tiron Lyons_____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   Work part-time as a landscaper for my step-father

   Approximately $50.00 per month

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   Last full-time job was at Wendy's Restaurant, 2007

   Earned $7.50 per hour, worked there for approx. five months

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   Part-time landscaper/laborer. Earned approx. $500 over 12 months.

   a) Are you receiving any public benefits?   ☑ No.   ☐ Yes, $_____.
   b) Do you receive any income from any other source?   ☑ No.   ☐ Yes, $_____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☑ No.    ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☑ No.    ☐ Yes,  $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☑ No.    ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   Senoja Lyons (3), $25.00 per month, Asaja Littlejohn (1), $25.00 per month.

8. State any special financial circumstances which the Court should consider.

   Am currently in school (Dutchess Community College) studying for my GED.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of April, 2008

State of NY
County of Dutchess ) SS:
Sworn to before me this
April 30, 2008

_____
STEPHEN S. COBB
Notary Public, State of New York
No. 01CO6074250
Qualified in Orange County
Commission Expires May 13, 20 10

Tirm Lyons
Signature

So Ordered-
KMK
5/21/08

Rev. 05/2007                                                                 2