**AFFIDAVIT OF SERVICE**

Re:  Lyons v. City of Poughkeepsie
     08-CV-4743

STATE OF NEW YORK  )
                   ) SS:
COUNTY OF ORANGE   )

MARK MEDYNSKI, being duly sworn, states that he is over the age of 18 years, is not a party to this action, and resides in the State of New York; that on the 23rd day of May, 2008, at 9:50 a.m. at 62 Civic Center Plaza, Poughkeepsie, New York, deponent served a copy of the following document(s) upon the following person or entity:

DOCUMENT(S) SERVED:  SUMMONS AND COMPLAINT

PERSON SERVED:  DEFENDANT CITY OF POUGHKEEPSIE

Service was performed in the following manner:

X   By delivering the document(s) personally to the defendant, a corporation, to an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service. [CPLR §311 (a) (1)].

Description of the person who accepted service:

NAME: Kristen Guthrie
SEX: F      RACE: white    HAIR: Brown
AGE: 45     HT: 5'7"       WT: 125

DATE: 5-23-08      SIGNED: _____
                           MARK MEDYNSKI

Sworn to before me this 23rd day of May, 2008

_____
NOTARY PUBLIC

STEPHEN S. COBB
Notary Public, State of New York
No. 01CO6074250
Qualified in Orange County
Commission Expires May 13, 2010