## AFFIDAVIT OF SERVICE

Re:  Lyons v. City of Poughkeepsie
08-CV-4743

STATE OF NEW YORK  )
                   ) SS:
COUNTY OF ORANGE   )

MARK MEDYNSKI, being duly sworn, states that he is over the age of 18 years, is not a party to this action, and resides in the State of New York; that on the _23_ day of _May_ , 2008, at ___10:00___ a.m./p.m. at City of Poughkeepsie Police Department, 62 Civic Center Plaza, Poughkeepsie, New York, deponent served a copy of the following document(s) upon the following person or entity:

DOCUMENT(S) SERVED:  __SUMMONS AND COMPLAINT__

PERSON SERVED:  __DEFENDANT PO EDWIN ACKEN__

Service was performed in the following manner:

__X__  By delivering the document(s) to a person of suitable age and discretion at the actual place of business, dwelling place, or usual place of abode of the person to be served **AND** by mailing the document(s), via first class mail, to the person to be served at his actual place of business in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served, and that such deliver and mailing took place within twenty days of each other [CPLR §308 (2)].

Description of the person who accepted service:
NAME: __Lieutenant Bennett__
SEX: __M__     RACE: __white__   HAIR: __Grey__
AGE: __55__         HT: __5.8__    WT: __165__

DATE: _5-23-08_          SIGNED: _____
                                  MARK MEDYNSKI

Sworn to before me this _23rd_ day of _May_ , 2008

_____
NOTARY PUBLIC
STEPHEN S. COBB
Notary Public, State of New York
No. 01CO6074250
Qualified in Orange County
Commission Expires May 13, 20_10_