## AFFIDAVIT OF SERVICE

Re:   Lyons v. City of Poughkeepsie
      08-CV-4743

STATE OF NEW YORK   )
                    ) SS:
COUNTY OF ORANGE    )

MARK MEDYNSKI, being duly sworn, states that he is over the age of 18 years, is not a party to this action, and resides in the State of New York; that on the __23__ day of __May__, 2008, at __10.00__ a.m./p.m. at City of Poughkeepsie Police Department, 62 Civic Center Plaza, Poughkeepsie, New York, deponent served a copy of the following document(s) upon the following person or entity:

DOCUMENT(S) SERVED:   SUMMONS AND COMPLAINT

PERSON SERVED:   DEFENDANT PO MICHAEL BARBAGALLO

Service was performed in the following manner:

__X__   By delivering the document(s) to a person of suitable age and discretion at the actual place of business, dwelling place, or usual place of abode of the person to be served **AND** by mailing the document(s), via first class mail, to the person to be served at his actual place of business in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served, and that such deliver and mailing took place within twenty days of each other [CPLR §308 (2)].

Description of the person who accepted service:
NAME: __Lieutenant Bennett__
SEX: __M__   RACE: __white__   HAIR: __Gray__
AGE: __55__   HT: __5.8__   WT: __165__

DATE: __5-23-08__   SIGNED: _____
                             MARK MEDYNSKI

Sworn to before me this __23rd__ day of __May__, 2008

_____
NOTARY PUBLIC

STEPHEN S. COBB
Notary Public, State of New York
No. 01CO6074250
Qualified in Orange County
Commission Expires May 13, 20 __10__